# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

BETTY GOSELAND                                                              PLAINTIFF

v.                              Case No. 2:18-CV-2108

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                              DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this July 2, 2019.

                                        /s/ P. K. Holmes, III
                                        P. K. HOLMES, III
                                        U.S. DISTRICT JUDGE